JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVON STANTON, | ) | Case No. CV 11-3843 JFW (MRW) |
|        Petitioner, | ) | |
|   vs. | ) | JUDGMENT |
| DOMINGO URIBE, JR., Warden, | ) | |
|        Respondent. | ) | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: June 11, 2012

                                        _____
                                        HON. JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE